AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
для the

District of Oregon

| | |
|---|---|
| James J. Leland<br>Plaintiff<br>v.<br>BAC Home Loans Servicing LP<br>Defendant | ) ) ) ) ) )  Civil Action No. 3:10-CV-1319 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

BAC Home Loans Serviciing, LP
400 Countrywide Way
Simi Valley, CA 93065

A lawsuit has been filed against you.

Within  30  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Leland - Pro Se
C/o 2034 Columbia Blvd. #140
St. Helens, OR 97051

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
Name of clerk of court

Date: OCT 27 2010

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Oregon

James J. Leland
Plaintiff
v.
Bank of America, N.A.
Defendant

Civil Action No. 3:10-CV-1319

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Bank of America, N. A.
400 North Tryon St.
Charlotte, NC 28255

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James Leland - Pro Se
C/o 2034 Columbia Blvd. #140
St. Helens, OR 97051

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mary L. Moran, Clerk of Court
Name of clerk of court

Date: OCT 27 2010

MATT KENNEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*